UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JOSE L. LINARES                           Date: 12/22/2011
Court Reporter: PHYLLIS T. LEWIS            Civil No: 11-cv-6377 (JLL)

Title of the Case:

SHARON L. DANQUAH, et al,
v.
UMDNJ, et al

Appearances:

Demetrio K. Stratis, Matthew S. Bowman, Steven H. Aden, & Catherine Glenn Foster, Attorneys for Plaintiffs

Edward B. Deutsch, James E. Patterson, John Peirano, Attorneys for Defendants

Nature of Proceedings:

Return date on Show Cause Hearing.  Hearing adjourned and conference held
Recess (12:00 p.m. - 1:00 p.m .)
Conference resumes. Settlement placed on the record
OTBS

Time Commenced: 11:00 a.m.
Time Concluded:   2:00 p.m.

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.